Hare, Judge
 

 It appears to me, that the judgment given in the Superior Court, upon the special verdict, was correct. The act of 1824, (BctJ. c. 225,) requires that the signature and handwriting of the testator should be proved by three witnesses. Here this has been done. Tiie other circumstances attending the probate, such as with whom the will was deposited for safe-keeping, or where it was found, are left by the act to be established by the same evidence that is ordinarily used in other cases. To establish these, three witnesses are not in
 
 *298
 
 dispensable
 
 ",
 
 tlie testimony offered was relevant and pfo-por, and if believed, sufficient to authorise the probate.
 

 I’thcrefore think, the judgment of the Superior Court. should be affirmed.
 

 Pee Curiam. — Judgment affirmed.